IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IQUAN KHIER WILLIAMS,    )
                         )
         Plaintiff,      )
                         )
v.                       )    Civil Action No. 3:20CV510–HEH
                         )
ORTIZ, et al.,           )
                         )
         Defendants.     )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On July 21, 2020, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on September 3, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $10.72 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                    /s/
                              HENRY E. HUDSON
Date: Sept. 28, 2020          SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia